COMPANIA DE INVERSIONES INTERNACIONALES v. INDUSTRIAL MORTGAGE BANK OF FINLAND (SUOMEN TEOLLISUUS HYPOTEEKKIPANKI O. Y. INDUSTRI HYPO-TEKSBANKEN I FINLAND, A. B.).— Motion for leave to appeal to the Court of

Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.